513 W. 150 Gardens LLC v Simmons (2024 NY Slip Op 51706(U))

[*1]

513 W. 150 Gardens LLC v Simmons

2024 NY Slip Op 51706(U) [84 Misc 3d 132(A)]

Decided on December 17, 2024

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 17, 2024
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Tisch, J.P., James, Perez, JJ.

570467/24

513 West 150 Gardens LLC,
Petitioner-Landlord-Appellant, 
against
Sonia Simmons,
Respondent-Tenant-Respondent and "John Doe" and/or "Jane Doe,"
Respondents-Undertenants.

Landlord appeals from an order of the Civil Court of the City of New York, New
York County (Alberto M. Gonzalez, J.), entered June 3, 2024, which granted tenant's
motion for summary judgment dismissing the petition in a nonpayment summary
proceeding.

Per Curiam.
Order (Alberto M. Gonzalez, J.), entered June 3, 2024, affirmed, with $10 costs.
Civil Court properly granted tenant's motion for summary judgment dismissing the
petition in this nonpayment summary proceeding. The evidentiary submissions
conclusively demonstrate that the subject apartment was the result of an illegal alteration
made in 1997 by a prior owner in combining two apartments through an internal spiral
staircase, resulting in a violation being issued by the Department of Buildings stating,
that "occupancy [was] contrary to that allowed by the certificate of occupancy" (c/o) and
that the "remedy: [was to] discontinue illegal occupancy [and to] amend c/o." Since there
is no evidence that the c/o was amended to reflect the alterations, landlord was precluded
from recovering rent or use and occupancy from tenant (see Multiple Dwelling
Law §§ 301[1] and 302[1][a], [b]; Chazon, LLC v Maugenest, 19 NY3d 410, 415 [2012]; Matter of GVS Props. LLC v
Vargas, 172 AD3d 466 [2019]; Matter of 49 Bleecker, Inc. v Gatien, 157 AD3d 619
[2018]; East Harlem MEC
Parcel C, L.P. v Smalls, 82 Misc 3d 127[A], 2024 NY Slip Op 50317[U] [App
Term, 1st Dept 2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 17,
2024